**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Julius Crossty,
    Petitioner

v.                               Case No.   1:10-cv-759

Warden, Lebanon Correctional
Institution,
    Respondent

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 18, 2011 (Doc. 7).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   Petitioner's  petition for writ of habeas corpus is **DENIED**.

A certificate of appealability will not issue with respect to any claim alleged in the petition because no claim for relief states a "viable claim of the denial of a constitutional right" or presents issues that are "adequate to deserve encouragement to proceed further."   See *Slack v. McDaniel*, 529 U.S. at 473, 484 (2000) (citing *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983)); see also 28 U.S.C. § 2253(c);

Fed .R. App. P. 22(b).

      This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore DENIES petitioner leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

Date: April 11, 2011                                    s/Sandra S. Beckwith
                                                            Sandra S. Beckwith, Senior Judge
                                                            United States District Court